# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

| | | | |
|---|---|---|---|
| Case No.: | CR 21-00259-AB | Date: | March 24, 2023 |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR.**, United States District Judge |
| Russian Interpreter: | Vladimir Ferkelman (on standby) |

| Carla Badirian | Amy Diaz | Wilson Park |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Igor Panchernikov | √ | √ | | DFPD, David Israel Wasserman | √ | √ | |

**Proceedings:**   CHANGE OF PLEA (Held and Completed)

Defendant moves to change plea to the Indictment.

Defendant now enters a new and different plea of Guilty to Count 1 of the Indictment.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **June 23, 2023, at 1:30 p.m., for sentencing.**

The Court vacates the Status Conference and Jury Trial dates, as to this defendant only.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

cc:   USPO, PSA

|  | 00 : 30 |
|---|---|
| | Initials of Deputy Clerk   CB |